**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:20-cv-22895-RNS**

**HELEN SWARTZ, individually,**

        **Plaintiff,**

**vs.**

**SWAMIJI MANAGEMENT INCORPORATED, a North Carolina Corporation,**

        **Defendant.**

## NOTICE OF SETTLEMENT

Defendant, SWAMIJI MANAGEMENT INCORPORATED, through its undersigned counsel, hereby advises the Court that the parties have reached in principle an amicable settlement of all claims in this matter. Upon finalization of the settlement documents, the parties will file a Joint Stipulation for Dismissal with Prejudice.

DATED this 9th day of September, 2020.

    Respectfully submitted,
    JACKSON LEWIS P.C.
    390 North Orange Avenue, Suite 1285
    Orlando, Florida 32801
    Telephone:    (407) 246-8440

    By:    */s/ Alicia M. Chiu*
        Alicia M. Chiu
        Florida Bar No. 0058366
        alicia.chiu@jacksonlewis.com

        Justin S. Swartz
        Florida Bar No. 091232
        Justin.swartz@jacksonlewis.com

    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September, 2020, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing on all counsel or parties of record on the Service List below.

*/s/ Alicia M. Chiu*
Alicia M. Chiu

## SERVICE LIST

Lawrence A. Fuller, Esquire
Florida Bar No. 0180470
E-mail:  lfuller@fullerfuller.com
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone:    (305) 891-5199
Attorneys for Plaintiff

4843-5426-5546, v. 1